UNITED STATES DISTRICT COURT

DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JUL 13 PM 2: 28

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:17-cr-70 |
| ) | |
| DONALD HAMMALIAN, JR., ) | |
| Defendant. ) | |

# INDICTMENT

## COUNT ONE

The Grand Jury charges:

On or about July 22, 2016, in the District of Vermont, the defendant, DONALD HAMMALIAN, JR., knowingly possessed at least one matter which contained a visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

## COUNT TWO

The Grand Jury further charges:

On or about November 10, 2016, in the District of Vermont, the defendant, DONALD HAMMALIAN, JR., knowingly possessed at least one matter which contained a visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(18 U.S.C. § 2252(a)(4)(B))

A TRUE BILL

___Eugenia A.P. Cowles___ (BAM)
EUGENIA A.P. COWLES
Acting United States Attorney

Burlington, Vermont
July 13, 2017